UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-43 |
| v. ) | Judge Atchley |
| ) | |
| ) | Magistrate Judge Steger |
| JOSHUA MONTEZ SCUDDER ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 61] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Eighteen and Twenty of the twenty count Indictment; (2) accept Defendant's guilty plea to Counts Eighteen and Twenty of the twenty count Indictment; (3) adjudicate Defendant guilty of Count Eighteen: possession of a fentanyl analogue with intent to distribute in violation of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of Count Twenty: possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 61] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Eighteen and Twenty of the twenty count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Eighteen and Twenty of the twenty count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of Count Eighteen: possession of a fentanyl analogue with intent to distribute in violation of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(C);

4. Defendant is hereby **ADJUDGED** guilty of Count Twenty: possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **March 26, 2026, at 10:00 a.m.**

**SO ORDERED.**

> */s/ Charles E. Atchley, Jr.*
> **CHARLES E. ATCHLEY, JR.**
> **UNITED STATES DISTRICT JUDGE**